IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :      CASE NO.   15-13678
                                                 CHAPTER 13
    HENRY L. JACKSON, III
                                          :      JUDGE JEFFERY P. HOPKINS

    DEBTOR(S)
                                          :      TRUSTEE'S  OBJECTION  TO  DEBTOR(S)'
                                                 MOTION TO RETAIN INSURANCE PROCEEDS


        Comes now the Chapter 13 Trustee, Margaret A. Burks and files this
objection to the Motion to Retain Insurance Proceeds (doc. 88) filed by
debtor(s).  The Trustee objects for the reasons stated herein.

        The secured portion on the 2008 Cadillac CTS, owed to BMW Financial
Services, the lienholder has been paid.

        Trustee requests the amount needed to pay off the unsecured portion on
the claim be turned over to disburse to the lienholder. Currently, this amount
is $2,344.05.

        An Agreed Order can be reached between Counsel.

        The Trustee requests that the Court uphold her objection.



                                          Respectfully submitted,



                                  /s/    Margaret A. Burks, Esq.
                                         Margaret A. Burks, Esq.
                                         Chapter 13 Trustee
                                         Attorney Reg. No. OH 0030377

                                         Francis J. DiCesare, Esq.
                                         Staff Attorney
                                         Attorney Reg. No. OH 0038798

                                         Tammy E. Stickley, Esq.
                                         Staff Attorney
                                         Attorney Reg No. OH 0090122

                                         600 Vine Street, Suite 2200
                                         Cincinnati, OH  45202
                                         513-621-4488
                                         513 621-2643  (facsimile)
                                         mburks@cinn13.org Correspondence
                                         fdicesare@cinn13.org
                                         tstickley@cinn13.org

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Objection to Motion to Retain was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on April 18, 2019 addressed to:

Henry L. Jackson, III
Debtor(s)
5499 Sterling Lakes Circle, Apt. 206
Cincinnati, OH 45040

      /s/Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.

        Francis J. DiCesare, Esq.

        Tammy E. Stickley, Esq.